PER CURIAM.
 

 Appellants seek reversal of the final order which dismissed with prejudice their second amended complaint challenging the constitutionality of certain portions of section 4, Article VII of the Florida Constitution. More particularly, appellants have challenged the constitutionality of (i) the “Save Our Homes Amendment” (SOHA) which placed a cap on the amount the assessed value of homestead property could be increased annually, and (ii) Amendment 1, adopted by popular referendum in 2008, which, among other things, made a portion of a homesteader’s existing exemption portable to newly-purchased homestead property. Art. VII, § 4(c)(1) and (8), Fla. Const. Appellants argue that these amendments violate several federal constitutional provisions.
 

 This court has already considered and rejected virtually identical constitutional challenges to SOHA in
 
 Reinish v. Clark,
 
 765 So.2d 197 (Fla. 1st DCA 2000), and
 
 Lanning v. Pilcher,
 
 16 So.3d 294 (Fla. 1st DCA 2009). The holdings in
 
 Reinish
 
 and
 
 Lanning
 
 that section 4, Article VII is not unconstitutional for the reasons claimed are not changed by the passage of Amendment 1. Accordingly, we affirm the final order of dismissal.
 

 As for the issue raised on cross-appeal, that the trial court erred in concluding it had subject matter jurisdiction despite appellants/cross-appellees’ failure to comply with section 194.171(1), Florida Statutes, this issue is governed by
 
 Lanning,
 
 16 So.3d at 296-97. Pursuant to that decision, we affirm the issue raised on cross-appeal.
 

 The appeal and cross-appeal are AFFIRMED.
 

 VAN NORTWICK, and PADOVANO, JJ., BROWNING, JR., EDWIN B., Senior Judge, Concur.